■ SHAWN PALMER, Respondent, v COUNTY OF ERIE, Appellant. (Appeal No. 2.) [951 NYS2d 437]—

Same memorandum as in *Palmer v County of Erie* (99 AD3d 1206 [2012]). Present—Scudder, P.J., Fahey, Lindley, Sconiers and Martoche, JJ.

■ In the Matter of JOVAN FLUDD, Petitioner, v DALE ARTUS, Superintendent, Wende Correctional Facility, et al., Respondents. [953 NYS2d 180]—

Present—Smith, J.P., Peradotto, Carni, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE L. CASADO, Appellant. [951 NYS2d 797]—

Memorandum: Defendant appeals from a judgment convicting